# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Steven Bekka MI Thomas

No. 19 CV 6041

Write the full name of each plaintiff.

(To be filled out by Clerk's Office)

-against-

Detective Stanley Nash 6TH precent
Jane Doe 6TH precent
- State of New York

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes  ☐ No

2019 JUN 27 AM 11:35
S.D. OF N.Y.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: __MALICIOUS PROSECUTION__

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__STEVEN__         __THOMAS__         __BEKKA__
First Name          Middle Initial          Last Name

__N/A__

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__(2014) 349140720?     (CURRENT) 14118072853__

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__M.D.C. 125 WHITE STREET__
Current Place of Detention

__125 WHITE STREET__
Institutional Address

__NEW YORK__         __NEW YORK__         __10013__
County, City          State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: __PAROLE HOLD__

Page 2

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   **Stanley NASH                         P**
First Name          Last Name          Shield #

**Detective at the 6TH Precent**
Current Job Title (or other identifying information)

**233 west 10TH Street**
Current Work Address

**New York            N.Y.         10014**
County, City          State          Zip Code

Defendant 2:   **Jane Doe                         ?**
First Name          Last Name          Shield #

**Detective at the 6TH Precent**
Current Job Title (or other identifying information)

**233 west 10TH Street**
Current Work Address

**New York            NY           10012**
County, City          State          Zip Code

Defendant 3:
First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 4:
First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 6TH PRECENT TO MANHATTAN SUPREME COURT

Date(s) of occurrence: ARREST DATE - 5/20/14   AQUITAL DATE July 8 2016

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON MAY 20TH 2014, I STEVEN BEKKA WAS ARRESTED FOR A CRIME I did NOT COMMIT OR HAD NO KNOWLEDGE OF. I WAS HELD FOR A TOTAL OF 26 MONTHS BEFORE I WAS FOUND NOT GUILTY AT TRIAL ON July 8 2016. AT TRAIL I WAS MADE AWARE THAT THE OFFICER THAT TOOK THE INATIAL COMPLAINT CHANGED THE NATURE OF THE CRIME TO MAKE IT A felony INSTEAD OF A misdeminor, THE INDICTMENT NUMBER IS 02256/2014 AND AFTERWARDS my DISMISSAL I PUT IN A NOTICE OF CLAIM WITH THE Comptrollers OFFICE (2016 PI 029531)

AS A RESULT OF THE false ARREST I LOST my APARTMENT my JOB WORKING AT A CAR WASH AS well AS A Relationship WITH my Biological DAughter, STANley NASH AS well AS HIS PARTNER JANE DOE (forgot NAME) ARE Responsible for ENTERTAINING

The bogus charge, that took away more than 2 years of my life. By trying to coherse me into pleading guilty to a crime I did not do.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

During my 26 month incarceration I've been the victim of a gang assult by two different gangs and the most serious injuries was black eyes and a few bumps and brusies

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Lost apartment as a result of arrest I also lost a job working at a car wash in Far Rockaway Queens.

I would like $10,000,000 for my damages

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 6/23/19

Plaintiff's Signature: Steven Bekka

First Name: Steven  Middle Initial: Thomas  Last Name: Bekka

Prison Address: 125 White St, New York M.D.C.

County, City: New York  State: New York  Zip Code: 10013

Date on which I am delivering this complaint to prison authorities for mailing: 6/23/19

Page 6

Steven Bekka
125 White St
New York NY
10013



Pro Se Intake Unit
500 Pearl Street
New York N.Y.
10007

10007-131699