UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven Thomas Bekka,

                        Plaintiff,

-against-

Stanley Nash et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

1:19-cv-06041 (GBD) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      On November 26, 2019, the Court ordered Plaintiff to file an Amended Complaint, no later than December 26, 2019, naming the Jane Doe Defendant and correcting the name of the other Detective Defendant, based on the information provided by the City of New York on November 25, 2019. (*See* Memo Endorsement, ECF No. 16.) As of the date of this Order, Plaintiff has not filed an Amended Complaint.

      It is hereby Ordered that, no later than February 5, 2020, Plaintiff shall file an Amended Complaint naming the defendants in this action. Plaintiff is warned that failure to do so may result in a recommendation to the District Judge that this action be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

      Plaintiff is reminded that there is a legal clinic in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which

is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling 212-659-6190.

The Clerk of Court shall mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
January 7, 2020

_____
STEWART D. AARON
United States Magistrate Judge