```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN THOMAS BEKKA,

                Plaintiff,

           -v-

STANLEY NASH ET AL.,

                Defendants.
------------------------------------------------------------------X

19-cv-06041 (LJL)

ORDER ADOPTING REPORT AND RECOMMENDATION

LEWIS J. LIMAN, United States District Judge:

    Federal Rule of Civil Procedure 41(b) "gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute." *LeSane v. Hall's Sec. Analyst, Inc*., 239 F.3d 206, 209 (2d Cir. 2001).

    On March 13, 2020, Magistrate Judge Aaron published a Report and Recommendation recommending that the action be dismissed without prejudice. (Dkt. No. 18.) No party has objected.

    For the reasons set forth in that Report and Recommendation, which is ADOPTED, this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: May 7, 2020
       New York, New York

                                      LEWIS J. LIMAN
                                  United States District Judge